**PERKINS COIE LLP**
Bobbie J. Wilson (Bar No. 148317)
BWilson@perkinscoie.com
Sunita Bali (Bar No. 274108)
SBali@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

*Attorneys for Defendant*
ADOBE SYSTEMS INC.

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
tfriedman@attorneysforconsumers.com
Adrian R. Bacon (SBN 280332)
abacon@attorneysforconsumers.com
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228

*Attorneys for Plaintiff*
JASON ALCARAZ

(*Additional counsel listed on signature page*)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON ALCARAZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Adobe Systems Inc., et al.<br><br>　　　　　Defendants. | Case No. 8:16-cv-00184 CJC (JCGx)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Hon. Cormac J. Carney<br>Courtroom 9B |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jason Alcaraz and Defendant Adobe Systems Inc., by and through their counsel of record, stipulate and agree that the above-entitled action hereby is and shall be voluntarily dismissed with prejudice as to the individual claims and without prejudice as to the putative class claims. This voluntary dismissal is without costs to either party.

**IT IS SO STIPULATED.**

Dated:  January 24, 2017

PERKINS COIE LLP

By: */s/* Bobbie J. Wilson

    Bobbie J. Wilson (Bar No. 148317)
    BWilson@perkinscoie.com
    Sunita Bali (Bar No. 274108)
    SBali@perkinscoie.com
    505 Howard Street, Suite 1000
    San Francisco, CA  94105-3204
    Telephone:  415.344.7000
    Facsimile:  415.344.7050

    Alisha C. Burgin (Bar No. 286269)
    ABurgin@perkinscoie.com
    1888 Century Park East, Suite 1700
    Los Angeles, CA  90067-1721
    Telephone:  310.788.9900
    Facsimile:  310.788.3399

*Attorneys for Defendant*,
ADOBE SYSTEMS INC.

Dated: January 24, 2017

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: */s/* Adrian R. Bacon

Todd M. Friedman (SBN 216752)
tfriedman@attorneysforconsumers.com
Adrian R. Bacon (SBN 280332)
abacon@attorneysforconsumers.com
Meghan E. George (SBN 274525)
mgeorge@toddflaw.com
Thomas E. Wheeler (SBN 308789)
twheeler@toddflaw.com
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228

*Attorneys for Plaintiff*
JASON ALCARAZ

1-28 in left margin

**ATTESTATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify and attest that the content of this document is acceptable to Adrian R. Bacon, and that Mr. Bacon concurs in the filing's content, has authorized me to affix his signature to this document, and has authorized this filing.

Dated: January 24, 2017    PERKINS COIE LLP

By: */s/* Bobbie J. Wilson

Bobbie J. Wilson (Bar No. 148317)
BWilson@perkinscoie.com
Sunita Bali (Bar No. 274108)
SBali@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Alisha C. Burgin (Bar No. 286269)
ABurgin@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

*Attorneys for Defendant*,
ADOBE SYSTEMS INC.